NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHESTER A. WILDER, JR.,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3105

---

Petition for review of the Merit Systems Protection Board in case no. AT315H100987-I-1.

---

**ON MOTION**

---

**ORDER**

Chester A. Wilder, Jr. files a motion and an amended motion without opposition to withdraw his informal brief and for a 10-day extension of time, until September 2, 2011, to file a formal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Wilder's motions are granted.

(2) The Board should calculate its brief due date from the date of service of Wilder's formal brief.

FOR THE COURT

SEP 2 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Brandon O. Moulard, Esq.
    Katherine M. Smith, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2011

JAN HORBALY
CLERK